UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOSEF LEE JOHNSON, | No. 15-cv-2954 LB |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | [ECF No. 5] |
| TUPAC SHAKUR; et al., | |
| Defendants. | |

Josef Lee Johnson, an inmate at the R. J. Donovan Correctional Facility in San Diego, filed this *pro se* civil rights action under 42 U.S.C. § 1983. He consented to proceed before a magistrate judge. (ECF No. 7.) The complaint is difficult to understand but appears to complain about his detention by police officers and/or the prosecution that followed that detention. (ECF No. 5 at 3.) Two of the defendants are officers in the Riverside Police Department. (*Id.* at 2.) The third defendant, Tupac Shakur, is a long-deceased rap musician, as to whom there are no allegations in the complaint. The events and omissions giving rise to the complaint appear to have occurred, and the live defendants appear to reside, in Riverside County, which is located within the venue of the Central District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint are alleged to have occurred in, the Northern District of California. Venue is proper in the Central District, and not in this one. *See* 28 U.S.C. § 1391(b). Because there is no reason to believe that the Northern District is the proper venue, and because this court and the Central District may require different information in an amended complaint, it is not in

the interest of justice to require plaintiff to amend to provide a clearer statement of his claims before the action is transferred to the proper venue.  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter.

**IT IS SO ORDERED.**

Dated: July 16, 2015

_____
LAUREL BEELER
United States Magistrate Judge

15-cv-2954 LB
ORDER                      2